**BISNAR & CHASE** LLP
ONE NEWPORT PLACE
1301 DOVE ST., SUITE 120
NEWPORT BEACH, CA 92660
PHONE: (949) 752-2999
FACSIMILE: (949) 752-2777

JOHN P. BISNAR, State Bar No. 80894
BRIAN D. CHASE, State Bar No. 164109
CLARICE J. LETIZIA, State Bar No. 129331

Attorneys for Plaintiff MIKALA McNUTT, a minor,
by and through IRICI RODRIGUEZ, her Guardian ad litem

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MIKALA McNUTT, a minor, by and through her Guardian ad litem, IRICI RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>YAMAHA MOTOR CORPORATION, USA; a corporation; YAMAHA MOTOR CO., LTD., a business entity of unknown nature; COMPETITIVE ACCESSORIES, a business entity of unknown nature; ZACH DOE, an individual; LOS ANGELES COUNTY RACEWAY, a business entity of unknown nature; CALIFORNIA RACING CLUB, a business entity of unknown nature; NMRA, a business entity of unknown nature; and DOES 1 through 100,<br><br>Defendants. | CASE NO. 03-CV-5908 (SJO) (RJWx)<br><br>**ORDER APPROVING SETTLEMENT OF CLAIM OF MINOR, SETTING ATTORNEY'S FEES, AND FOR ORDER SETTING DISBURSEMENT OF MINOR'S RECOVERY AND INVESTMENT OF FUNDS**<br><br>[*Local Rule* 83-5; *California Probate Code* §§ 3600, et seq., *Michigan Court Rules of 1985*, Rule 2.420, and *Michigan Act. 386 of 1998*, Sections 700.5102, 700.5215, and 700.5407] |

The Petition of IRICI RODRIGUEZ, as Giardoam ad litem for Plaintiff MIKALA McNUTT, was presented to the Court for determination on _____, 2005, in Courtroom 1600 oof the above-referenced Court, the Honorable S. JAMES OTERO, District Judge, presiding. Brian D. Chase of BISNAR & CHASE, LLP, appeared on behalf of the Plaintiff. There were no other appearances.

BASED UPON THE PETITION, and for good and proper cause shown,

1. The Court approves the settlement of the causes of action asserted by and on behalf of Plaintiff MIKALA McNUTT, a female born April 26, 1995, and a resident of 825 Jones St., Grand Ledge, Michigan, against the defendant YAMAHA entities, for the gross amount of $400,000.00.

2. The Court approves the payment to Bisnar & Chase is asking the Court for approval for reimbursement to them of **$9,919.35** in case costs which they advanced on Mikala's behalf.

3. The Court approves an attorney's fees to and for Bisnar & Chase, LLP, in the sum of **$97,520.16.** The Court approves and directs the payment of that sum to Bisnar & Chase, LLP.

4. The Court approves the following schedule of periodic payments to be paid in the future to Mikala McNutt as the Court approved investment of:

   a. The guaranteed payment $15,000.00 on Mikala's 18th birthday, April 26, 2013;

   b. Monthly payments in the amount of $1,500.00, guaranteed for five years, with the first payment on April 26, 2013, and the sixtieth payment on March 26, 2018; and

   c. The guaranteed payment of the sum of **$673,485.53** on Mikala's 30th birthday, August 26, 2025.

5. The Court orders that the obligation to made the periodic payments described in section 3 may be assigned to Prudential Assigned Settlement Services Corp., who is authorized to purchase an annuity contract issued by Prudential Insurance Company of America to fund the payments. To this end, Defendants shall pay the sum of **$292,560.49** to Prudential Assigned Settlement Services Corp. to purchase the annuity contract.

**IT IS SO ORDERED.**

Dated: 4/28/05

S. JAMES OTERO
Judge of the United States District Court

BISNAR & CHASE LLP

2

Orders Approving Fees and Costs and Investment of Funds from Compromise of Minor's Claim

## PROOF OF SERVICE

*McNutt v. Yamaha, et al.*

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1301 Dove Street, Ste. 760, Newport Beach, California 92660.

On April 21, 2005, I served the foregoing document described as **PLAINTIFF'S PETITION FOR APPROVAL OF CURT-SUPERVISED SETTLEMENT OF CLAIM OF MINOR, FOR DETERMINATION OF ATTORNEY'S FEES, AND FOR ORDER SETTING DISBURSEMENT OF MINOR'S RECOVERY AND INVESTMENT OF FUNDS; ORDER APPROVING SETTLEMENT OF CLAIM OF MINOR, SETTING ATTORNEY'S FEES, AND FOR ORDER SETTING DISBURSEMENT OF MINOR'S RECOVERY AND INVESTMENT OF FUNDS** on all interested parties in this action:

(X) **BY MAIL,** by placing a true copy thereof, in a sealed envelope to the addressees below, and depositing same into the United States mail at the address set forth hereinabove, with sufficient first-class postage thereon pre-paid.

( ) **BY OVERNIGHT PRIORITY MAIL WITH NEXT DAY DELIVERY GUARANTEED** by placing a true copy thereof, in sealed envelopes to the addressees below, and depositing the same into the **OVERNIGHT EXPRESS** mail drop at the address located set forth hereinabove, with postage pre-paid.

( ) **BY PERSONAL SERVICE,** by personally delivering the same to the addressee(s) listed below:

( ) **BY FACSIMILE,** by transmitting by facsimile transmission a true and correct copy of the same to the addressee(s) listed below:

| L. Victor Bilger, Jr., Esq.<br>Deborah Roy, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER<br>1055 W. Seventh Street, Suite 2700<br>Los Angeles, CA 90017 | Attorneys for Yamaha Motor Corp.<br>(213) 624-3044<br>(213) 624-8060 (facsimile) |
|---|---|
| James C. Galloway, Jr.<br>Veatch, Carlson, Grogan & Nelson<br>700 South Flower St., 22nd Flr.<br>Los Angeles, CA 90017-4209 | Attorneys for Defendant Competition Accessories<br>(213) 381-2861<br>(213) 383-6370 |

I declare under the laws of the State of California that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 21, 2005 at Newport Beach California.

Kimberly Oliver

BISNAR & CHASE LLP